G. MARK ALBRIGHT, ESQ.
Nevada Bar No. 001394
DANIEL R. ORMSBY, ESQ.
Nevada Bar No. 014595
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Tel: (702) 384-7111
Fax: (702) 384-0605
gma@albrightstoddard.com
dormsby@albrightstoddard.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

HERIBERTO REVILLA,
        Plaintiff,

vs.

SIGMA COMPANIES LLC, a Nevada Limited Liability Company; DOES I-X

CASE NO.

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441, and 1446, Defendant SIGMA COMPANIES, LLC., ("SIGMA") hereby provides notice of removal of the above-entitled action from the Eighth Judicial District Court, Clark County, State of Nevada, to the United State District Court for the District of Nevada (Southern District). The removal of this action is made pursuant to 28 U.S.C. § 1331 as the Complaint pleads a federal question. Plaintiff's claims and allegations are based in Federal law, specifically Title VII of the Civil Rights Act of 1964, as amended 42 U.SC. § 2000e *et seq.* and the Family and Medical Leave Act of 993, 29 U.S.C. § 2601 *et seq.* In support of this Notice, Defendant states as follows:

    1.    On or about December 10, 2022, Plaintiff filed his complaint in the Eighth Judicial District Court, Clark County, Nevada, as *Heriberto Revilla v. Sigma Companies, LLC., et al.* Case No. A-22-862380-C, Department 27 (the "**State Court Action**").

…

…

2. An Acceptance of Service was filed by the Defendant on February 3, 2023. This Notice of Removal is being filed within 8 days of the filing of Acceptance of Service by the Defendant.

3. This Notice of Removal is being timely filed pursuant to 28 U.S.C. § 1446(b)(1).

4. Venue is proper in this district under 28 U.S.C. § 1441(a) because this district and division embrace the place where the removed action has been pending in Clark County, Nevada.

5. Removal is proper because the majority of claims brought by Plaintiff are brought under federal law pursuant to Title VII of the Civil Rights act of 1964 and the Family and Medical Leave Act of 1993. Nevada Revised Statute Chapter 613 is Nevada's version of Title VII, and both encompass the exact same allegations: disability discrimination, retaliation, and failure to accommodate. The tort causes of action are based on the same set of factual allegations concerning Plaintiff's employment.

6. Plaintiff made a demand for jury trial in his Complaint in State Court Action.

7. Defendant SIGMA consents to removal of this action.

8. Sigma will file an Answer in Federal Court.

9. Defendant SIGMA is a domestic corporation, doing business in Clark County, State of Nevada.

10. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on Plaintiff and filed with the Clerk of the Court in the State Court Action together with a copy of the exhibits attached hereto. A copy of all pleadings in the State Court Action is attached hereto as **Exhibit 1,** which includes both the Complaint and the Acceptance of Service. The Answer will be filed in Federal Court.

…
…
…
…
…
…

WHEREFORE, Defendant SIGMA, respectfully requests that this Federal Court assume full jurisdiction of this proceeding for all purposes as if originally filed in this Court and issue any orders necessary to stay proceedings in the State Court Action.

DATED this 10th day of February, 2023.

_____
G. MARK ALBRIGHT, ESQ. (NV Bar #001394)
DANIEL R. ORMSBY, ESQ. (NV Bar #014595)
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Tel:  (702) 384-7111
Fax:  (702) 384-0605
gma@albrightstoddard.com
dormsby@albrightstoddard.com
Attorneys for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2023, the foregoing NOTICE OF REMOVAL was served on the person named below via CM/ECF and electronic mail.

JAMES P. KEMP, ESQ.
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
jp@kemp-attorneys.com

_____
An employee of
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT